

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00094-CV

**IN RE** Stephen Patrick **BLACK**

Original Mandamus Proceeding[1]

**ORDER**

On February 22, 2019, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to set a hearing for and rule on his Motion to Terminate State Counsel for Offenders and Invoke the *Faretta* Right to Self-Representation. The trial court has set a hearing on relator's ability to represent himself. Therefore, we dismiss the petition as moot.

It is so **ORDERED** on March 13, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In re the Commitment of Stephen Patrick Black*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.